# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

PATRICK J. CALLEGAN

NO. 2022 KW 0412

**JULY 18, 2022**

---

In Re:    Patrick J. Callegan, applying for supervisory writs, 18th Judicial District Court, Parish of Iberville, No. 1031-17.

---

**BEFORE:    HOLDRIDGE, PENZATO, AND LANIER, JJ.**

**WRIT GRANTED.** The district court is ordered to conduct a hearing in this matter on or before August 15, 2022. A copy of the district court's action shall be filed in this court on or before August 24, 2022.

**GH**
**AHP**
**WIL**

COURT OF APPEAL, FIRST CIRCUIT

_a.S_

DEPUTY CLERK OF COURT
FOR THE COURT